Opinion issued May
10, 2012

 

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00097-CV

____________

 








ALLIANTGROUP, L.P., Appellant

 

V.

 

KARIM SOLANJI, ZEESHAWN MAKHANI, SAQIB DHANANI,
PARADIGM NATIONAL CONSULTANTS, L.P., AND PARADIGM SMD GROUP, L.L.C., Appellees

 

 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2009-62874

 

 



MEMORANDUM OPINION








This is
an attempted appeal from an interlocutory summary judgment order signed on
January 3, 2011.

Generally,
appeals may be taken only from final judgments.  Lehmann
v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001) (“[T]he general rule, with
a few mostly statutory exceptions, is that an appeal may be taken only from a
final judgment.”).  A judgment is final
for the purposes of appeal if it disposes of all pending parties and claims in
the record, except as necessary to carry out the decree.  Id.  Here, the record reveals that no final
judgment has been entered in this pending case.

On March
28, 2012, this Court notified the parties of its intent to dismiss the appeal
for want of jurisdiction unless appellant filed a response and a supplemental
record demonstrating our jurisdiction on or before April 12, 2012.  See Tex. R. App. P. 42.3(a).  Appellant filed neither a response nor a
supplemental record.

Accordingly,
we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P. 42.3(a); Tex. R. App. P. 43.2(f).

PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.